UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-14059-CIV-MOORE/LYNCH

CATHERINE EALY-SIMON on behalf
of herself and all others similarly situated,

    Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., et al.,

    Defendants.
_____/

## FINAL JUDGMENT AS TO ATTORNEY FEES AND COSTS

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Final Judgment as to Attorney's Fees and Costs (dkt # 816).

UPON CONSIDERATION of the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the judgment for attorney fees and costs is entered in favor of Plaintiffs jointly and severally against Defendants Liberty Medical Supply, Inc., Stephen C. Farrell, and Warren Keith Trowbridge in the amount of nine hundred ninety-two thousand seventeen dollars and 29 cents ($992,017.29). This judgement is effective on the date entered below and shall bear interest at the legal rate.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of April, 2008.

                                              K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       Magistrate Judge Frank J. Lynch, Jr.