UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 05-14059-CIV-MOORE/Lynch

CATHERINE EALY-SIMON, et al., on behalf
of themselves and all others similarly situated,

    Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC.,
LIBERTY HEALTHCARE GROUP, INC.,
LIBERTY COMMERCIAL HEALTH
SERVICES, INC., LIBERTY DIRECT
SERVICES CORP., LIBERTY HOME
PHARMACY CORP., LIBERTY
MARKETPLACE, INC., LIBERTY
MEDICAL SUPPLY PHARMACY, INC.,
LIBERTY THERAPEUTIC SHOE CORP.,
STEPHEN C. FARRELL and WARREN
KEITH TROWBRIDGE,

    Defendants.
_____/

## NOTICE OF SATISFACTION OF ALL JUDGMENTS

    COME NOW, the Plaintiffs, by and through undersigned counsel and give notice that the Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., Liberty Commercial Health Services, Inc., Liberty Direct Services Corp., Liberty Home Pharmacy Corp., Liberty Marketplace, Inc., Liberty Medical Supply Pharmacy, Inc., Liberty Therapeutic Shoe Corp., Stephen C. Farrell and Warren Keith Trowbridge have fully and completely satisfied all of the judgments entered in this case, including the judgments entered by this court on December 4, 2007 (DE 752) and April 24, 2008 (DE 817).

Dated: November 7, 2008

                    Respectfully submitted,

                    /s/ Mark A. Cullen
                    _____
                    Mark A. Cullen
                    Florida Bar No. 325082
                    Beth L. Blechman
                    Florida Bar No. 599522
                    THE CULLEN LAW FIRM, P.A.
                    *Attorneys for Plaintiffs*
                    2090 Palm Beach Lakes Boulevard, Suite 400
                    West Palm Beach, Florida  33409
                    Telephone:    561.640.9191
                    Facsimile:    561.214.4021

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Haas A. Hatic, Esq., Greenspoon Marder, P.A., Trade Centre South - Suite 700, 100 W. Cypress Creek Road, Fort Lauderdale, Florida  33309 and David Barmak, Esq., Mintz, Levin, Cohn, et al., 701 Pennsylvania Avenue, N.W., Washington, DC  20004, this 7th day of November, 2008.

                    /s/ Mark A. Cullen
                    _____
                    Mark A. Cullen