UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 05-14059-CIV-MOORE/Lynch

CATHERINE EALY-SIMON, et al., on behalf
of themselves and all others similarly situated,

       Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC.,
LIBERTY HEALTHCARE GROUP, INC.,
LIBERTY COMMERCIAL HEALTH
SERVICES, INC., LIBERTY DIRECT
SERVICES CORP., LIBERTY HOME
PHARMACY CORP., LIBERTY
MARKETPLACE, INC., LIBERTY
MEDICAL SUPPLY PHARMACY, INC.,
LIBERTY THERAPEUTIC SHOE CORP.,
STEPHEN C. FARRELL and WARREN
KEITH TROWBRIDGE,

       Defendants.

_____/

## NOTICE OF SATISFACTION OF ALL JUDGMENTS

COME NOW, the Plaintiffs, by and through undersigned counsel and give notice that the

Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., Liberty Commercial

Health Services, Inc., Liberty Direct Services Corp., Liberty Home Pharmacy Corp., Liberty

Marketplace, Inc., Liberty Medical Supply Pharmacy, Inc., Liberty Therapeutic Shoe Corp.,

Stephen C. Farrell and Warren Keith Trowbridge have fully and completely satisfied all of the

judgments entered in this case, including the judgments entered by this court on December 4,

2007 (DE 752) and April 24, 2008 (DE 817).

1

Dated: November 7, 2008

Respectfully submitted,

/s/ Mark A. Cullen

_____

Mark A. Cullen
Florida Bar No. 325082
Beth L. Blechman
Florida Bar No. 599522
THE CULLEN LAW FIRM, P.A.
*Attorneys for Plaintiffs*
2090 Palm Beach Lakes Boulevard, Suite 400
West Palm Beach, Florida  33409
Telephone:     561.640.9191
Facsimile:     561.214.4021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Haas A. Hatic, Esq., Greenspoon Marder,  P.A., Trade Centre South - Suite 700, 100 W. Cypress Creek Road, Fort Lauderdale, Florida  33309 and David Barmak, Esq., Mintz, Levin, Cohn, et al., 701 Pennsylvania Avenue,  N.W., Washington, DC   20004, this 7th day of November, 2008.

/s/ Mark A. Cullen

_____

Mark A. Cullen