# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 20, 2008



Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI FL 33128-1813

**Appeal Number: 08-12251-JJ**
Case Style: Catherine Ealy-Simon v. Liberty Medical Supply
District Court Number: 05-14059 CV-KMM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Richardson (404) 335-6176

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

08-11086-GG

HENRIETTA TENNELL,
MARY SCHAEFER,
DANYRA MORALES,
ALL PLAINTIFFS,

Plaintiffs-Appellees,

versus

LIBERTY MEDICAL SUPPLY, INC.,
a Florida Corporation,
LIBERTY HEALTHCARE GROUP, INC.,
a Delaware Corporation,

Defendants-Appellants.

08-11090-GG

JOHN F. JOCHEM,

Plaintiff-Appellee,

versus

POLYMEDICA CORP.,
a Massachusetts corporation,
LIBERTY MEDICAL SUPPLY, INC.,
a Florida corporation,

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

LIBERTY HEALTHCARE GROUP, INC.,
a Delaware corporation,
JAMES FOXWORTH,
STEPHEN C. FARRELL,
JONATHAN STARR,

                              Defendants-Appellants.

---

08-11946-GG

---

HENRIETTA TENNELL,
MARY SCHAEFER,
DANYRA MORALES,
ALL PLAINTIFFS,

                              Plaintiffs-Appellees,

versus

LIBERTY MEDICAL SUPPLY, INC.,
a Florida Corporation,
LIBERTY HEALTHCARE GROUP, INC.,
a Delaware Corporation,

                              Defendants-Appellants.

---

08-11947-BB

---

JOHN F. JOCHEM,

                              Plaintiff-Appellee,

versus

POLYMEDICA CORP.,
a Massachusetts corporation,
LIBERTY MEDICAL SUPPLY, INC.,
a Florida corporation,
LIBERTY HEALTHCARE GROUP, INC.,
a Delaware corporation,
JAMES FOXWORTH,
STEPHEN C. FARRELL,
JONATHAN STARR,

Defendants-Appellants.

08-12251-JJ

CATHERINE EALY-SIMON,
on behalf of herself and all
others similarly situated,
GEORGE BOND,
BRYAN BRUKWICKI,
PATRICE DAVIS-JOHNSON,
LAVERNE GIBSON, et al.,

Plaintiffs-Appellees,

versus

LIBERTY MEDICAL SUPPLY, INC.,
Florida corporation,
STEPHEN C. FARRELL,
WARREN KEITH TROWBRIDGE,
JAVIER CINTRON,
LIBERTY HOME PHARMACY CORPORATION,
a Delaware corporation,
LIBERTY MEDICAL SUPPLY PHARMACY, INC.,

-3-

a Delaware corporation,
f.k.a. Liberty Diabetes Services, Inc.,
LIBERTY HEALTHCARE GROUP, INC.,
a Delaware corporation,
LIBERTY COMMERCIAL HEALTH SERVICES, INC.,
a Delaware corporation,
LIBERTY DIRECT SERVICES CORPORATION,
a Delaware corporation,
LIBERTY MARKETPLACE, INC.,
a Delaware corporation,
LIBERTY THERAPEUTIC SHOE CORPORATION,
a Delaware corporation,

                                                  Defendants-Appellants.

---

08-13654-EE

---

KAREN L. ALTON,
FAITH D. ROSE,
WANDA DAVIS,
DANYELLE HOSNER, et al.,

                                              Plaintiffs-
Counter-Defendants,
Appellees,

ALL PLAINTIFFS,
SUSAN DICANIO,
STEPHANIE D. MEANS,

                                              Plaintiffs-Appellees,

versus

LIBERTY MEDICAL SUPPLY, INC.,
a Florida corporation,

LIBERTY HEALTHCARE GROUP, INC.,
a Delaware corporation,
AGNES BRADY,
PAULA RICHMOND, et al.,

                                                          Defendants-Counter-Claimants-Appellants.

08-13956-FF

KIMBERLY L. ALLEN,
LORRAINE DECKER,
MELISSA DEES,
ALL PLAINTIFFS,
MARILYN HALL, et al.,

                                                          Plaintiffs-Appellees,

versus

LIBERTY MEDICAL SUPPLY, INC.,
a Florida Corporation,
LIBERTY HEALTHCARE GROUP, INC.,
a Delaware Corporation,
LIBERTY HOME PHARMACY COPORATION,
LIBERTY DIRECT SERVICES CORPORATION,

                                                          Defendants-Appellants.

--------------------------

On Appeal from the United States District Court for the
Southern District of Florida

--------------------------

BEFORE: CARNES and PRYOR, Circuit Judges.

BY THE COURT:

In each of these appeals, the Appellants have filed an agreed motion to dismiss the appeal with prejudice due to settlement, with all parties to bear their own costs. All of the agreed motions to dismiss these appeals with prejudice due to settlement are GRANTED.

All pending motions are DENIED AS MOOT.

The Clerk is directed to close the files on these appeals.